1 | JOSH COLE AICKLEN
Nevada Bar No. 007254
2 | DAVID B. AVAKIAN
Nevada Bar No. 009502
3 | **LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Boulevard, Suite 600
4 | Las Vegas, Nevada  89118
(702) 893-3383
5 | FAX: (702) 893-3789
E-Mail: aicklen@lbbslaw.com
6 | E-Mail: avakian@lbbslaw.com
Attorneys for Defendant TRUMP INTERNATIONAL HOTEL & TOWER,
7 | d/b/a TRUMP INTERNATIONAL HOTEL, LAS VEGAS

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HOMER HENKE,<br><br>    Plaintiff,<br><br>v.<br><br>TRUMP INTERNATIONAL HOTEL & TOWER, d/b/a TRUMP INTERNATIONAL HOTEL, LAS VEGAS, NEVADA,<br><br>    Defendant. | CASE NO.:<br><br>**NOTICE OF REMOVAL OF ACTION (DIVERSITY)** |

COMES NOW Defendant, TRUMP RUFFIN TOWER I LLC ("Trump"), erroneously sued herein as TRUMP INTERNATIONAL HOTEL & TOWER, by and through its attorneys of record, Josh Cole Aicklen, Esq. and David B. Avakian, Esq. of LEWIS BRISBOIS BISGAARD & SMITH LLP, and hereby removes to this Court the state court action described below, and in support states as follows:

1. On November 5, 2010, an action was commenced in the Eighth Judicial District Court, Clark County, Nevada, entitled *Homer Henke v. Trump International Hotel & Tower*, Case No. A628865.  (A copy of the Complaint in this state court action is attached hereto as **Exhibit "A"**.)

///

2. The Summons and Complaint were served on TRUMP by personal service at Defendant's business address on January 14, 2011.

3. This notice is filed timely pursuant to 28 U.S.C. section 1446(b). Thirty days have not elapsed since the case became removable.

4. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. section 1332, as there is complete diversity between the parties and I am informed and believe that more than $75,000 is in controversy, exclusive of interest and costs. Accordingly, pursuant to 28 U.S.C. section 1441, TRUMP is entitled to remove this action to this Court.

5. This case arises out of a negligence claim, and I am informed and believe that Plaintiff seeks to recover in excess of $75,000, exclusive of interest and costs.

6. Plaintiff is, and during all relevant times was, a resident of the State of Illinois. Defendant TRUMP is, and was at the time this action was commenced, a corporation organized and existing under the laws of the State of Delaware, with its principal place of business in the state of Delaware. Accordingly, there is now, and there was at the time of the commencement of this action, complete diversity between Plaintiff and Defendant.

7. The action in the state court was not commenced more than one year before the date of this removal.

8. A true and correct copy of this Notice of Removal will be filed with the Clerk for the Eighth Judicial District Court, Clark County, Nevada.

///
///
///
///
///
///

1  Based on the foregoing, TRUMP removes this action, which is currently pending
2  in the Eighth Judicial District Court, Clark County, Nevada as Case No. A628685 to this
3  Court.

4  Dated this 1st day of February, 2011.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____
Josh Cole Aicklen, Esq.
Nevada Bar No. 007254
David B. Avakian, Esq.
Nevada Bar No. 009502
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Attorneys for Defendant TRUMP
INTERNATIONAL HOTEL & TOWER, d/b/a
TRUMP INTERNATIONAL HOTEL, LAS VEGAS

# CERTIFICATE OF SERVICE

Pursuant to NRCP 5(b), I certify that I am an employee of Lewis Brisbois Bisgaard & Smith LLP and that on this ___1___ day of February, 2011, I did cause a true copy of **NOTICE OF REMOVAL OF ACTION** to be placed in the United States Mail, with first class postage prepaid thereon, and addressed as follows:

Homer Henke
1000 North Moreland Rd.
Moro, IL  62067
Tel: 618/377-8385
Fax: 618/377-8385
Plaintiff, Pro Se

By _____
An Employee of
LEWIS BRISBOIS BISGAARD & SMITH LLP

4844-8264-4744.1

-4-