# EXHIBIT A

# EXHIBIT A

IN THE CIRCUIT COURT
EIGHTH JUDICIAL CIRCUIT
CLARK COUNTY, NEVADA

FILED
2010 NOV -5 A 11: 03

CLERK OF THE COURT

HOMER HENKE, )
)
Plaintiff, )
)
vs. ) Civil Case No. A-10-628685-C
) XVIII
TRUMP INTERNATIONAL HOTEL )
& TOWER, d/b/a TRUMP )
INTERNATIONAL HOTEL, )
LAS VEGAS, )
)
Defendant. )

Serve At: 200 Fashion Show Drive
Las Vegas, NV 89109

## COMPLAINT

Comes now Plaintiff, Homer Henke, Pro Se, and for his complaint against the Defendant, The Trump Organization, d/b/a Trump International Hotel, Las Vegas, states as follows:

1. That on or about November 5, 2008, the Plaintiff, Homer Henke was a guest at Defendant's hotel, Trump International Hotel & Tower, located at 2000 Fashion Show Drive, Las Vegas, Nevada 89109;

2. That Plaintiff, Homer Henke, resides at 1000 North Moreland Road, Moro, Illinois 62067, for all relevant purposes herein;

3. That on the above date, Defendant owed a duty of ordinary care to all business invitees and patrons using its facilities;

1

4. That on the date of the occurrence an unknown person activated a false fire alarm in Defendant's hotel which required the patrons to vacate Defendant's premises.

5. That Defendant has posted at several locations at its hotel to not use elevators in case of a fire, requiring all of its patrons to exit using stairs;

6. That Plaintiff was staying in Room 4615 at the time of the aforementioned fire alarm requiring him to walk down forty-six flights of stairs;

7. That Defendant breached its duty of ordinary care to Plaintiff in that it was negligent in one or more of the following acts or omissions:

   a) Failed to timely announce to patrons that said alarm was false so that Plaintiff could use an elevator;

   b) Failed to have in place a method to advise patrons of a false alarm;

8. That Plaintiff was exercising ordinary care for his own safety at the time of the occurrence;

9. That one or more of the above negligent acts or omissions by the Defendant was a proximate cause of injuries suffered by Plaintiff;

10. That as a direct and proximate result of one or more of the above negligent acts or omissions of Defendant, Plaintiff injured his knees which have required Plaintiff to incur past medical expenses and which will require future medical expenses;

WHEREFORE, Plaintiff prays for judgment against the Defendant for an amount in excess of $75,000.00, plus cost of suit.

2

HOMER HENKE, PLAINTIFF,

By: *Homer Henke*

Homer Henke, Pro Se
1000 North Moreland Rd.
Moro, IL 62067
Telephone: 618-377-8385
Facsimile: 618-377-8385

3