UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HOMER HENKE, | 2:11-CV-00179-PMP-LRL |
| Plaintiff, | |
| vs. | **ORDER** |
| TRUMP INTERNATIONAL HOTEL & TOWER, d/b/a TRUMP INTERNATIONAL HOTEL, LAS VEGAS, NEVADA, | |
| Defendants. | |

The Court having read and considered Defendant Trump Ruffin Tower I LLC's Motion to Dismiss Plaintiff's Complaint (Doc. #8) filed February 3, 2011, and Defendant's Motion for Demand for Security of Costs (Doc. #7) filed February 2, 3011, Plaintiff having failed to respond to said Motions despite having been advised of his obligation to do so, and it also appearing that Defendant is entitled to the relief requested on the merits of their Motion, and good cause appearing,

**IT IS ORDERED that** Defendant Trump Ruffin Tower I LLC's Motion to Dismiss Plaintiff's Complaint (Doc. #8) is **GRANTED**.

///

///

1     **IT IS FURTHER ORDERED that** Defendant Trump Ruffin Tower I LLC's Demand for Deposit of Cost Bond (Doc. #7) is **DENIED** as moot.

DATED: March 1, 2011.

                                                 _____
                                                 PHILIP M. PRO
                                                 United States District Judge